JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

   -v-                           :        **INDICTMENT**

JAMES WOOD,                      :
            Defendant.        :        **07 CRIM. 798**

- - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

    The Grand Jury charges:

    1.   From at least in on or about April 2007, up to and including in or about May 2007, in the Southern District of New York and elsewhere, JAMES WOOD, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that JAMES WOOD, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

    (Title 21, United States Code, Section 846.)

<u>Overt Acts</u>

    3.   In furtherance of the conspiracy and to effect the

illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

      a. In or about April 2007, JAMES WOOD, the defendant, provided approximately one half-ounce of crystal methamphetamine to a co-conspirator not named as a defendant herein ("CC-1") in Phoenix, Arizona.

      b. In or about April 2007, CC-1 transported approximately one ounce of crystal methamphetamine from Phoenix, Arizona to Manhattan, New York.

      c. In or about May 2007, WOOD provided approximately one quarter-ounce of crystal methamphetamine to CC-1 in Phoenix, Arizona.

      d. In or about May 2007, CC-1 transported approximately three quarters of an ounce of crystal methamphetamine from Phoenix, Arizona to Manhattan, New York.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the foregoing controlled substance offense alleged in Count One of this Indictment, JAMES WOOD, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, that constitutes or is derived, directly or indirectly, as a result of the offense and any and all property used or intended to be used

in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

      6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (i)   cannot be located upon the exercise of due diligence;

    (ii)  has been transferred or sold to, or deposited with, a third party;

    (iii) has been placed beyond the jurisdiction of the court;

    (iv)  has been substantially diminished in value; or

    (v)   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

      (Title 21, United States Code, Section 853.)

_____          _____
FOREPERSON                                       MICHAEL J. GARCIA
                                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

JAMES WOOD,

Defendant.

INDICTMENT

07 Cr. ___

(Title 21, United States Code,
Sections 846 and 853.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

8/17/07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Castel

Peck, MJ

-4-