```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         07 CR 0798 (PKC)

        -against-

                                                        ORDER

JAMES WOOD
                    Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for November 28, 2007 is adjourned until January 3, 2008 at 10:15 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to discuss a disposition. Accordingly, the time between November 28, 2007 and January 3, 2008 is excluded. 18 U.S.C. § 3161(h)(8).

       SO ORDERED.

                                                        _____
                                                        P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
       November 26, 2007