```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　07 CR 0798 (PKC)

　　　-against-

　　　　　　　　　　　　　　　　　　ORDER

JAMES WOOD

　　　　　　　Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

　　　Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for February 13, 2008 is adjourned until March 17, 2008 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to facilitate a potential disposition of this case. Accordingly, the time between today and March 17, 2008 is excluded.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　P. Kevin Castel
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: New York, New York
　　　　February 8, 2008