```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES OF AMERICA,

    -against-

JAMES WOOD,

    Defendant.

```
-----------------------------------------------------------x
```

07 CR 798 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the plea hearing scheduled for May 6, 2008 is adjourned until June 9, 2008 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the U.S. Attorney's Office in Arizona to consider the request to transfer the case and, if approved, initiate the transfer. Accordingly, the time between today and June 9, 2008 is excluded.

    SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       May 5, 2008